UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| LT CHARACTER, LLC, <br> and CLIFF DEAN, <br><br> Plaintiffs, <br><br> v. <br><br> RITA MORT, <br><br> Defendant. | § § § § § § § § § § § | Case No. 4:24-cv-01053-O |

## ORDER OF REASSIGNMENT

Before the Court is parties' Joint Status Report (ECF No. 14) and Plaintiffs' Notice of Consent to Proceed Before Magistrate Judge (ECF No. 15). Although the Joint Status Report expresses that both parties intend to proceed before a Magistrate Judge, the Court requests that Defendant submit a separate consent form confirming her intent to proceed before a Magistrate Judge. *See* 28 U.S.C. § 636(c).

**SO ORDERED** on this **23rd day** of **January, 2025**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE