IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| LT CHARACTER, LLC, and CLIFF DEAN, | § § § § § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. 4:24-cv-01053-BP |
| RITA MORT, | § § § | |
| Defendant. | § | |

## AMENDED ORDER

Before the Court is Plaintiff's Motion to Compel filed on April 18, 2025. *See* ECF No. 23. The Court set the Motion for a hearing on May 8, 2025 at 2:30 p.m. C.D.T. The Court also ordered lead counsel for the parties to confer by telephone to discuss narrowing the issues to be considered by the Court. Counsel filed a joint status report on May 2, 2025 indicating that they had resolved all issues in the Motion pending before the Court.

Accordingly, the Court **CANCELS** the hearing set on March 8, 2025 on Plaintiff's Motion to Compel (ECF No. 23) and **DENIES** the Motion as moot.

It is so **ORDERED** on May 5, 2025.

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE