IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| LT CHARACTER, LLC, and CLIFF DEAN, § § § § Plaintiffs, § § v. § § RITA MORT, § § Defendant. § | Civil Action No. 4:24-cv-01053-BP |

## ORDER

As ordered at the conclusion of the trial on August 26, 2025, the court reporter will prepare a transcript of the trial in this case. The parties are to evenly split the cost of the transcript initially, and the prevailing party may recover the remaining half once the court enters a final judgment.

The parties must file their proposed findings of fact and conclusions of law and post-trial brief no later than **thirty days** after receipt of the transcript. A party's proposed findings of fact and conclusions of law may not exceed **thirty pages** without leave of court. The parties may set out their findings of fact and conclusions of law in narrative form. However, the findings of fact must be separate from the conclusions of law. Each proposed finding of fact must cite to specific pages of the trial transcript or trial exhibits that support it, and each conclusion of law must reference the legal authority that supports it.

A party's post-trial brief may not exceed **twenty pages** without leave of court.

The Court will set a closing argument date, if necessary, under a separate order.

It is so **ORDERED** on August 27, 2025.

Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE